Sam Parker, Respondent, v. Malcolm Dresser and Odin Gustafson, Appellants.— Action to recover the value of professional services rendered to the defendants by the plaintiff, a physician, involving treatment of defendant Dresser, and assistance to defendant Gustafson, a lawyer, as a medical expert in connection with the preparation for trial of an action at law in which defendant Dresser was plaintiff. Judgment modified by reducing the award against the defendant

Gustafson to $625, with interest, and, as so modified, unanimously affirmed, without costs. We are of opinion that the award as reduced makes consistent the award as against both defendants. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.